UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY TAYLOR,

    Plaintiff,

v().                                          Case No: 2:14-cv-169-FtM-38DNF

TRACTOR SUPPLY COMPANY,

    Defendant.
_____/

### **ORDER**[1]

    This matter comes before the Court on Defendant Tractor Supply Company's Response to the Order to Show Cause (Doc. #7) filed on April 2, 2014. On February 19, 2014, Plaintiff Jeffrey Taylor initiated a negligence action against Defendant in the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida. (Doc. #2). Defendant removed the case to this Court (Doc. #1), citing diversity jurisdiction as the basis for removal.

    On March 28, 2014, the Court issued an Order to Show Cause (Doc. #4) as to why it should not remand this case for failure to establish subject matter jurisdiction based on the presence of diversity jurisdiction at the time of removal. On April 1, 2014, Defendant served Plaintiff with Interrogatories and Requests for Admission (Doc. #7-1) to confirm Plaintiff is domiciled in Florida. Under the Federal Rules of Civil Procedure, Plaintiff must

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

respond to Defendant's discovery requests within thirty (30) days of service.  See Fed. R. Civ. P. 33(b)(2); 36(a).   Defendant requests that the Court allow it to obtain Plaintiff's responses and supplement its Response prior to the Court determining whether diversity jurisdiction exists.

Accordingly, it is now

**ORDERED:**

Defendant Tractor Supply Company shall have up to and including **May 2, 2014**, to establish subject matter jurisdiction based on the presence of diversity jurisdiction at the time of removal.  The previous deadline of April 11, 2014 is **TERMINATED**.  Failure to comply with this Order will result in this matter being remanded without further notice.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of April, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record